MEDIA FUSION/INNOVATION MARKETING HOLLYWOOD, CA
Past Due Invoices as of 02/08/07

| Advertiser | Order # | Invoice # | Invoice Date | Invoice Amount | Total Payments | Total Due |
|---|---|---|---|---|---|---|
| AMERICAN MARKETING SYSTEM | 1391 | 1391-5 | 03/26/06 | 1,997.50 | 1,869.96 | 127.54 |
| AMERICAN MARKETING SYSTEM | 1391 | 1391-6 | 04/30/06 | 1,360.00 | 477.70 | 882.30 |
| AMERICAN MARKETING SYSTEM | 1391 | 1391-7 | 05/28/06 | 573.75 | - | 573.75 |
| AMERICAN MARKETING SYSTEM | 1391 | 1391-8 | 06/25/06 | 425.00 | - | 425.00 |
| AMERICAN MARKETING SYSTEM | 1391 | 1391-9 | 07/30/06 | 351.05 | - | 351.05 |
| AMERICAN MARKETING SYSTEM | 2283 | 2283-1 | 04/30/06 | 255.00 | - | 255.00 |
| AMERICAN MARKETING SYSTEM | 2341 | 2341-1 | 05/28/06 | 255.00 | - | 255.00 |
| AMERICAN MARKETING SYSTEM | 2683 | 2683-1 | 07/30/06 | 722.50 | - | 722.50 |
| AMERICAN MARKETING SYSTEM | 2683 | 2683-2 | 08/27/06 | 935.00 | - | 935.00 |
| AMERICAN MARKETING SYSTEM | 2683 | 2683-3 | 09/24/06 | 626.45 | - | 626.45 |
| AMERICAN MARKETING SYSTEM | 2983 | 2983-1 | 09/24/06 | 276.25 | - | 276.25 |
| CASTLE ADVERTISING | 1503 | 1503-3 | 02/26/06 | 510.00 | - | 510.00 |
| CASTLE ADVERTISING | 1503 | 1503-4 | 03/26/06 | 510.00 | - | 510.00 |
| CASTLE ADVERTISING | 1503 | 1503-5 | 04/30/06 | 510.00 | - | 510.00 |
| CASTLE ADVERTISING | 1503 | 1503-6 | 05/28/06 | 510.00 | - | 510.00 |
| CASTLE ADVERTISING | 1503 | 1503-7 | 06/25/06 | 255.00 | - | 255.00 |
| CASTLE ADVERTISING | 1503 | 1503-8 | 07/30/06 | 599.25 | - | 599.25 |
| CASTLE ADVERTISING | 1503 | 1503-9 | 08/27/06 | 510.00 | - | 510.00 |
| CASTLE ADVERTISING | 1503 | 1503-10 | 09/24/06 | 344.25 | - | 344.25 |
| CMEDIA | 982 | 982-2 | 08/28/05 | 1,997.50 | 2,252.50 | (255.00) |
| CMEDIA | 1232 | 1232-5 | 02/26/06 | 9,860.00 | 9,562.50 | 297.50 |
| CMEDIA | 1232 | 1232-7 | 04/30/06 | 9,775.00 | 297.50 | 9,477.50 |
| CMEDIA | 1232 | 1232-8 | 05/28/06 | 8,202.50 | - | 8,202.50 |
| CMEDIA | 1232 | 1232-9 | 06/25/06 | 7,310.00 | - | 7,310.00 |
| CMEDIA | 1232 | 1232-10 | 07/30/06 | 13,124.00 | - | 13,124.00 |
| CMEDIA | 1232 | 1232-11 | 08/27/06 | 9,987.50 | - | 9,987.50 |
| CMEDIA | 1232 | 1232-12 | 09/24/06 | 14,165.25 | 3,761.25 | 10,404.00 |
| CMEDIA | 2103 | 2103-1 | 04/30/06 | 4,335.00 | - | 4,335.00 |
| CMEDIA | 2103 | 2103-2 | 05/28/06 | 2,890.00 | - | 2,890.00 |
| CMEDIA | 2490 | 2490-1 | 06/25/06 | 3,995.00 | - | 3,995.00 |
| CMEDIA | 2490 | 2490-2 | 07/30/06 | 1,020.00 | - | 1,020.00 |
| CMEDIA | 2490 | 2490-3 | 08/27/06 | 2,720.00 | - | 2,720.00 |
| CMEDIA | 2707 | 2707-1 | 07/30/06 | 595.00 | - | 595.00 |
| CMEDIA | 2734 | 2734-1 | 07/30/06 | 595.00 | - | 595.00 |
| CMEDIA | 2734 | 2734-2 | 08/27/06 | 297.50 | - | 297.50 |
| CMEDIA | 2742 | 2742-1 | 07/30/06 | 1,275.00 | - | 1,275.00 |
| EURO RSCG MCM | 1234 | 1234-5 | 02/26/06 | 2,346.00 | 2,227.00 | 119.00 |
| EURO RSCG MCM | 1353 | 1353-4 | 02/26/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 1386 | 1386-4 | 02/26/06 | 714.00 | 357.00 | 357.00 |
| EURO RSCG MCM | 1386 | 1386-6 | 04/30/06 | 595.00 | - | 595.00 |
| EURO RSCG MCM | 1386 | 1386-7 | 05/28/06 | 561.00 | - | 561.00 |
| EURO RSCG MCM | 1386 | 1386-8 | 06/25/06 | 922.25 | - | 922.25 |
| EURO RSCG MCM | 1386 | 1386-9 | 07/30/06 | 722.50 | - | 722.50 |
| EURO RSCG MCM | 1409 | 1409-4 | 02/26/06 | 357.00 | 119.00 | 238.00 |
| EURO RSCG MCM | 1557 | 1557-3 | 02/26/06 | 476.00 | 238.00 | 238.00 |
| EURO RSCG MCM | 1557 | 1557-5 | 04/30/06 | 935.00 | 255.00 | 680.00 |
| EURO RSCG MCM | 1558 | 1558-3 | 02/26/06 | 1,870.00 | 1,513.00 | 357.00 |
| EURO RSCG MCM | 1558 | 1558-5 | 04/30/06 | 476.00 | 119.00 | 357.00 |
| EURO RSCG MCM | 1558 | 1558-6 | 05/28/06 | 340.00 | - | 340.00 |
| EURO RSCG MCM | 1559 | 1559-3 | 02/26/06 | 1,190.00 | 714.00 | 476.00 |
| EURO RSCG MCM | 1733 | 1733-2 | 02/26/06 | 382.50 | - | 382.50 |
| EURO RSCG MCM | 1783 | 1783-1 | 02/26/06 | 238.00 | - | 238.00 |
| EURO RSCG MCM | 1787 | 1787-1 | 02/26/06 | 357.00 | - | 357.00 |
| EURO RSCG MCM | 1788 | 1788-1 | 02/26/06 | 952.00 | 714.00 | 238.00 |
| EURO RSCG MCM | 1788 | 1788-3 | 04/30/06 | 1,326.00 | - | 1,326.00 |
| EURO RSCG MCM | 1788 | 1788-4 | 05/28/06 | 901.00 | - | 901.00 |
| EURO RSCG MCM | 1788 | 1788-5 | 06/25/06 | 918.00 | - | 918.00 |
| EURO RSCG MCM | 1788 | 1788-6 | 07/30/06 | 752.25 | - | 752.25 |
| EURO RSCG MCM | 1788 | 1788-7 | 08/27/06 | 777.75 | - | 777.75 |
| EURO RSCG MCM | 1808 | 1808-1 | 02/26/06 | 1,700.00 | - | 1,700.00 |
| EURO RSCG MCM | 1874 | 1874-1 | 02/26/06 | 476.00 | 357.00 | 119.00 |
| EURO RSCG MCM | 1966 | 1966-2 | 04/30/06 | 493.00 | 119.00 | 374.00 |
| EURO RSCG MCM | 1966 | 1966-3 | 05/28/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 1997 | 1997-2 | 04/30/06 | 238.00 | 119.00 | 119.00 |
| EURO RSCG MCM | 2029 | 2029-2 | 04/30/06 | 238.00 | - | 238.00 |
| EURO RSCG MCM | 2040 | 2040-2 | 04/30/06 | 595.00 | 119.00 | 476.00 |
| EURO RSCG MCM | 2068 | 2068-2 | 04/30/06 | 714.00 | 119.00 | 595.00 |
| EURO RSCG MCM | 2068 | 2068-3 | 05/28/06 | 318.75 | - | 318.75 |
| EURO RSCG MCM | 2100 | 2100-1 | 04/30/06 | 238.00 | 174.25 | 63.75 |
| EURO RSCG MCM | 2100 | 2100-2 | 05/28/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2102 | 2102-1 | 04/30/06 | 850.00 | 136.00 | 714.00 |
| EURO RSCG MCM | 2102 | 2102-2 | 05/28/06 | 620.50 | - | 620.50 |
| EURO RSCG MCM | 2106 | 2106-1 | 04/30/06 | 5,248.75 | - | 5,248.75 |
| EURO RSCG MCM | 2142 | 2142-1 | 04/30/06 | 952.00 | - | 952.00 |
| EURO RSCG MCM | 2142 | 2142-2 | 05/28/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2149 | 2149-1 | 04/30/06 | 2,932.50 | - | 2,932.50 |
| EURO RSCG MCM | 2170 | 2170-1 | 04/30/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2177 | 2177-1 | 04/30/06 | 1,113.50 | - | 1,113.50 |
| EURO RSCG MCM | 2177 | 2177-2 | 05/28/06 | 225.25 | - | 225.25 |
| EURO RSCG MCM | 2196 | 2196-1 | 04/30/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2208 | 2208-1 | 04/30/06 | 3,803.75 | - | 3,803.75 |
| EURO RSCG MCM | 2208 | 2208-2 | 05/28/06 | 786.25 | - | 786.25 |
| EURO RSCG MCM | 2212 | 2212-1 | 04/30/06 | 5,758.75 | - | 5,758.75 |
| EURO RSCG MCM | 2222 | 2222-1 | 04/30/06 | 136.00 | - | 136.00 |
| EURO RSCG MCM | 2230 | 2230-1 | 04/30/06 | 289.00 | - | 289.00 |
| EURO RSCG MCM | 2243 | 2243-1 | 04/30/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2251 | 2251-1 | 04/30/06 | 2,656.25 | - | 2,656.25 |
| EURO RSCG MCM | 2258 | 2258-1 | 04/30/06 | 365.50 | - | 365.50 |
| EURO RSCG MCM | 2259 | 2259-1 | 04/30/06 | 136.00 | - | 136.00 |
| EURO RSCG MCM | 2282 | 2282-1 | 04/30/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2330 | 2330-1 | 05/28/06 | 488.75 | - | 488.75 |
| EURO RSCG MCM | 2338 | 2338-1 | 05/28/06 | 3,038.75 | - | 3,038.75 |
| EURO RSCG MCM | 2360 | 2360-1 | 05/28/06 | 450.50 | - | 450.50 |
| EURO RSCG MCM | 2364 | 2364-1 | 05/28/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2369 | 2369-1 | 05/28/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2372 | 2372-1 | 05/28/06 | 3,442.50 | - | 3,442.50 |
| EURO RSCG MCM | 2373 | 2373-1 | 05/28/06 | 2,911.25 | 42.50 | 2,868.75 |
| EURO RSCG MCM | 2376 | 2376-1 | 05/28/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2384 | 2384-1 | 05/28/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2393 | 2393-1 | 05/28/06 | 119.00 | - | 119.00 |

MEDIA FUSION/INNOVATION MARKETING HOLLYWOOD, CA
Past Due Invoices as of 02/08/07

| Advertiser | Order # | Invoice # | Invoice Date | Invoice Amount | Total Payments | Total Due |
|---|---|---|---|---|---|---|
| EURO RSCG MCM | 2401 | 2401-1 | 05/28/06 | 595.00 | - | 595.00 |
| EURO RSCG MCM | 2403 | 2403-1 | 05/28/06 | 2,040.00 | 63.75 | 1,976.25 |
| EURO RSCG MCM | 2404 | 2404-1 | 05/28/06 | 148.75 | - | 148.75 |
| EURO RSCG MCM | 2426 | 2426-1 | 05/28/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2427 | 2427-1 | 05/28/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2428 | 2428-1 | 06/25/06 | 658.75 | - | 658.75 |
| EURO RSCG MCM | 2428 | 2428-2 | 07/30/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2431 | 2431-1 | 05/28/06 | 4,696.25 | - | 4,696.25 |
| EURO RSCG MCM | 2431 | 2431-2 | 06/25/06 | 276.25 | - | 276.25 |
| EURO RSCG MCM | 2433 | 2433-1 | 05/28/06 | 382.50 | - | 382.50 |
| EURO RSCG MCM | 2433 | 2433-2 | 06/25/06 | 1,508.75 | - | 1,508.75 |
| EURO RSCG MCM | 2434 | 2434-1 | 05/28/06 | 255.00 | - | 255.00 |
| EURO RSCG MCM | 2434 | 2434-2 | 06/25/06 | 637.50 | - | 637.50 |
| EURO RSCG MCM | 2438 | 2438-1 | 05/28/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2463 | 2463-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2463 | 2463-2 | 07/30/06 | 510.00 | - | 510.00 |
| EURO RSCG MCM | 2468 | 2468-1 | 06/25/06 | 1,105.00 | - | 1,105.00 |
| EURO RSCG MCM | 2488 | 2488-1 | 06/25/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2492 | 2492-1 | 06/25/06 | 1,700.00 | - | 1,700.00 |
| EURO RSCG MCM | 2494 | 2494-1 | 06/25/06 | 318.75 | - | 318.75 |
| EURO RSCG MCM | 2495 | 2495-1 | 06/25/06 | 1,139.00 | - | 1,139.00 |
| EURO RSCG MCM | 2495 | 2495-2 | 07/30/06 | 956.25 | - | 956.25 |
| EURO RSCG MCM | 2495 | 2495-3 | 08/27/06 | 871.25 | - | 871.25 |
| EURO RSCG MCM | 2495 | 2495-4 | 09/24/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2496 | 2496-1 | 06/25/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2496 | 2496-2 | 07/30/06 | 722.50 | - | 722.50 |
| EURO RSCG MCM | 2496 | 2496-3 | 08/27/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2497 | 2497-1 | 06/25/06 | 3,357.50 | - | 3,357.50 |
| EURO RSCG MCM | 2499 | 2499-1 | 06/25/06 | 437.75 | - | 437.75 |
| EURO RSCG MCM | 2499 | 2499-2 | 07/30/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2500 | 2500-1 | 06/25/06 | 382.50 | - | 382.50 |
| EURO RSCG MCM | 2501 | 2501-1 | 06/25/06 | 148.75 | - | 148.75 |
| EURO RSCG MCM | 2502 | 2502-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2502 | 2502-2 | 07/30/06 | 1,445.00 | - | 1,445.00 |
| EURO RSCG MCM | 2506 | 2506-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2521 | 2521-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2522 | 2522-1 | 06/25/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2540 | 2540-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2541 | 2541-1 | 06/25/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2541 | 2541-2 | 07/30/06 | 811.75 | - | 811.75 |
| EURO RSCG MCM | 2541 | 2541-3 | 08/27/06 | 743.75 | - | 743.75 |
| EURO RSCG MCM | 2541 | 2541-4 | 09/24/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2544 | 2544-1 | 06/25/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2547 | 2547-1 | 06/25/06 | 3,655.00 | - | 3,655.00 |
| EURO RSCG MCM | 2548 | 2548-1 | 06/25/06 | 1,933.75 | - | 1,933.75 |
| EURO RSCG MCM | 2552 | 2552-1 | 06/25/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2559 | 2559-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2589 | 2589-1 | 06/25/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2592 | 2592-1 | 06/25/06 | 5,206.25 | - | 5,206.25 |
| EURO RSCG MCM | 2594 | 2594-1 | 06/25/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2594 | 2594-2 | 07/30/06 | 616.25 | - | 616.25 |
| EURO RSCG MCM | 2594 | 2594-3 | 08/27/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2595 | 2595-1 | 06/25/06 | 225.25 | - | 225.25 |
| EURO RSCG MCM | 2595 | 2595-2 | 07/30/06 | 85.00 | - | 85.00 |
| EURO RSCG MCM | 2595 | 2595-3 | 08/27/06 | 318.75 | - | 318.75 |
| EURO RSCG MCM | 2616 | 2616-1 | 06/25/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2624 | 2624-1 | 06/25/06 | 119.00 | - | 119.00 |
| EURO RSCG MCM | 2633 | 2633-1 | 07/30/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2657 | 2657-1 | 07/30/06 | 297.50 | - | 297.50 |
| EURO RSCG MCM | 2659 | 2659-1 | 07/30/06 | 977.50 | - | 977.50 |
| EURO RSCG MCM | 2659 | 2659-2 | 08/27/06 | 1,190.00 | - | 1,190.00 |
| EURO RSCG MCM | 2659 | 2659-3 | 09/24/06 | 1,147.50 | 212.50 | 935.00 |
| EURO RSCG MCM | 2660 | 2660-1 | 07/30/06 | 340.00 | - | 340.00 |
| EURO RSCG MCM | 2661 | 2661-1 | 07/30/06 | 1,678.75 | - | 1,678.75 |
| EURO RSCG MCM | 2679 | 2679-1 | 07/30/06 | 701.25 | - | 701.25 |
| EURO RSCG MCM | 2682 | 2682-1 | 07/30/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2682 | 2682-2 | 08/27/06 | 871.25 | - | 871.25 |
| EURO RSCG MCM | 2682 | 2682-3 | 09/24/06 | 1,109.25 | - | 1,109.25 |
| EURO RSCG MCM | 2686 | 2686-1 | 07/30/06 | 1,933.75 | - | 1,933.75 |
| EURO RSCG MCM | 2687 | 2687-1 | 07/30/06 | 3,400.00 | - | 3,400.00 |
| EURO RSCG MCM | 2702 | 2702-1 | 07/30/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2744 | 2744-1 | 07/30/06 | 1,827.50 | - | 1,827.50 |
| EURO RSCG MCM | 2762 | 2762-1 | 07/30/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2763 | 2763-1 | 07/30/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2763 | 2763-2 | 08/27/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2766 | 2766-1 | 08/27/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2785 | 2785-1 | 08/27/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2801 | 2801-1 | 08/27/06 | 3,060.00 | - | 3,060.00 |
| EURO RSCG MCM | 2802 | 2802-1 | 08/27/06 | 612.00 | - | 612.00 |
| EURO RSCG MCM | 2802 | 2802-2 | 09/24/06 | 476.00 | - | 476.00 |
| EURO RSCG MCM | 2806 | 2806-1 | 08/27/06 | 255.00 | - | 255.00 |
| EURO RSCG MCM | 2834 | 2834-1 | 08/27/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2842 | 2842-1 | 08/27/06 | 1,827.50 | - | 1,827.50 |
| EURO RSCG MCM | 2844 | 2844-1 | 08/27/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2844 | 2844-2 | 09/24/06 | 828.75 | 106.25 | 722.50 |
| EURO RSCG MCM | 2850 | 2850-1 | 08/27/06 | 365.50 | - | 365.50 |
| EURO RSCG MCM | 2874 | 2874-1 | 08/27/06 | 3,400.00 | - | 3,400.00 |
| EURO RSCG MCM | 2895 | 2895-1 | 09/24/06 | 1,530.00 | - | 1,530.00 |
| EURO RSCG MCM | 2896 | 2896-1 | 09/24/06 | 318.75 | - | 318.75 |
| EURO RSCG MCM | 2898 | 2898-1 | 09/24/06 | 212.50 | - | 212.50 |
| EURO RSCG MCM | 2922 | 2922-1 | 09/24/06 | 612.00 | 263.50 | 348.50 |
| EURO RSCG MCM | 2929 | 2929-1 | 09/24/06 | 2,210.00 | - | 2,210.00 |
| EURO RSCG MCM | 2932 | 2932-1 | 09/24/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2933 | 2933-1 | 09/24/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2959 | 2959-1 | 09/24/06 | 106.25 | - | 106.25 |
| EURO RSCG MCM | 2961 | 2961-1 | 09/24/06 | 1,806.25 | - | 1,806.25 |
| EURO RSCG MCM | 2962 | 2962-1 | 09/24/06 | 318.75 | 106.25 | 212.50 |
| EURO RSCG MCM | 2967 | 2967-1 | 09/24/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2968 | 2968-1 | 09/24/06 | 127.50 | - | 127.50 |
| EURO RSCG MCM | 2969 | 2969-1 | 09/24/06 | 233.75 | 127.50 | 106.25 |

MEDIA FUSION/INNOVATION MARKETING HOLLYWOOD, CA
Past Due Invoices as of 02/08/07

| Advertiser | Order # | Invoice # | Invoice Date | Invoice Amount | Total Payments | Total Due |
|---|---|---|---|---|---|---|
| EURO RSCG MCM | 2982 | 2982-1 | 09/24/06 | 650.25 | 544.00 | 106.25 |
| GOLD MOUNTAIN MEDIA | 1936 | 1936-2 | 04/30/06 | 3,187.50 | - | 3,187.50 |
| GOLD MOUNTAIN MEDIA | 2425 | 2425-1 | 05/28/06 | 2,231.25 | - | 2,231.25 |
| GOLD MOUNTAIN MEDIA | 2531 | 2531-1 | 06/25/06 | 1,275.00 | - | 1,275.00 |
| GOLD MOUNTAIN MEDIA | 2582 | 2582-1 | 06/25/06 | 2,550.00 | - | 2,550.00 |
| GOLD MOUNTAIN MEDIA | 2582 | 2582-2 | 07/30/06 | 5,673.75 | - | 5,673.75 |
| GOLD MOUNTAIN MEDIA | 2632 | 2632-1 | 07/30/06 | 191.25 | - | 191.25 |
| GOLD MOUNTAIN MEDIA | 2690 | 2690-1 | 07/30/06 | 1,955.00 | - | 1,955.00 |
| GOLD MOUNTAIN MEDIA | 2764 | 2764-1 | 07/30/06 | 1,105.00 | - | 1,105.00 |
| GOLD MOUNTAIN MEDIA | 2786 | 2786-1 | 08/27/06 | 3,400.00 | - | 3,400.00 |
| GOLD MOUNTAIN MEDIA | 2787 | 2787-1 | 08/27/06 | 1,105.00 | - | 1,105.00 |
| GOLD MOUNTAIN MEDIA | 2787 | 2787-2 | 09/24/06 | 828.75 | - | 828.75 |
| GOLD MOUNTAIN MEDIA | 2843 | 2843-1 | 08/27/06 | 1,615.00 | - | 1,615.00 |
| GOLD MOUNTAIN MEDIA | 2843 | 2843-2 | 09/24/06 | 1,615.00 | 255.00 | 1,360.00 |
| GOLD MOUNTAIN MEDIA | 2925 | 2925-1 | 09/24/06 | 2,890.00 | - | 2,890.00 |
| GOLD MOUNTAIN MEDIA | 2927 | 2927-1 | 09/24/06 | 510.00 | - | 510.00 |
| HAWTHORNE DIRECT | 2662 | 2662-1 | 07/30/06 | 14,258.75 | - | 14,258.75 |
| HAWTHORNE DIRECT | 2872 | 2872-1 | 08/27/06 | 3,697.50 | - | 3,697.50 |
| HAWTHORNE DIRECT | 2872 | 2872-2 | 09/24/06 | 11,815.00 | - | 11,815.00 |
| HAWTHORNE DIRECT | 2928 | 2928-1 | 09/24/06 | 552.50 | - | 552.50 |
| LOCKARD & WECHSLER | 2080 | 2080-2 | 04/30/06 | 1,785.00 | 255.00 | 1,530.00 |
| LOCKARD & WECHSLER | 2104 | 2104-1 | 04/30/06 | 5,227.50 | - | 5,227.50 |
| LOCKARD & WECHSLER | 2248 | 2248-1 | 04/30/06 | 255.00 | - | 255.00 |
| LOCKARD & WECHSLER | 2336 | 2336-1 | 05/28/06 | 255.00 | - | 255.00 |
| LOCKARD & WECHSLER | 2361 | 2361-1 | 05/28/06 | 3,570.00 | - | 3,570.00 |
| LOCKARD & WECHSLER | 2361 | 2361-2 | 06/25/06 | 2,040.00 | - | 2,040.00 |
| LOCKARD & WECHSLER | 2361 | 2361-3 | 07/30/06 | 4,590.00 | - | 4,590.00 |
| LOCKARD & WECHSLER | 2361 | 2361-4 | 08/27/06 | 4,080.00 | - | 4,080.00 |
| LOCKARD & WECHSLER | 2361 | 2361-5 | 09/24/06 | 4,513.50 | 1,530.00 | 2,983.50 |
| LOCKARD & WECHSLER | 2504 | 2504-1 | 06/25/06 | 255.00 | - | 255.00 |
| LOCKARD & WECHSLER | 2504 | 2504-2 | 07/30/06 | 433.50 | - | 433.50 |
| LOCKARD & WECHSLER | 2505 | 2505-1 | 06/25/06 | 1,530.00 | - | 1,530.00 |
| LOCKARD & WECHSLER | 2593 | 2593-1 | 06/25/06 | 255.00 | - | 255.00 |
| LOCKARD & WECHSLER | 2840 | 2840-1 | 08/27/06 | 850.00 | - | 850.00 |
| LOCKARD & WECHSLER | 2953 | 2953-1 | 09/24/06 | 1,530.00 | - | 1,530.00 |
| LONGEVA LABS | 2171 | 2171-1 | 04/30/06 | 425.00 | - | 425.00 |
| MERCURY MEDIA | 2213 | 2213-1 | 04/30/06 | 2,125.00 | - | 2,125.00 |
| MERCURY MEDIA | 2340 | 2340-1 | 05/28/06 | 1,275.00 | - | 1,275.00 |
| MERCURY MEDIA | 2510 | 2510-1 | 06/25/06 | 1,275.00 | - | 1,275.00 |
| MERCURY MEDIA | 2551 | 2551-1 | 06/25/06 | 850.00 | - | 850.00 |
| MERCURY MEDIA | 2551 | 2551-2 | 07/30/06 | 2,635.00 | - | 2,635.00 |
| MERCURY MEDIA | 2675 | 2675-1 | 07/30/06 | 1,147.50 | - | 1,147.50 |
| MERCURY MEDIA | 2689 | 2689-1 | 07/30/06 | 297.50 | - | 297.50 |
| MERCURY MEDIA | 2730 | 2730-1 | 07/30/06 | 127.50 | - | 127.50 |
| MERCURY MEDIA | 2730 | 2730-2 | 08/27/06 | 170.00 | - | 170.00 |
| MERCURY MEDIA | 2736 | 2736-1 | 07/30/06 | 170.00 | - | 170.00 |
| MERCURY MEDIA | 2741 | 2741-1 | 07/30/06 | 1,275.00 | - | 1,275.00 |
| MERCURY MEDIA | 2765 | 2765-1 | 08/27/06 | 2,550.00 | - | 2,550.00 |
| MERCURY MEDIA | 2799 | 2799-1 | 08/27/06 | 2,295.00 | - | 2,295.00 |
| MERCURY MEDIA | 2800 | 2800-1 | 08/27/06 | 1,020.00 | - | 1,020.00 |
| MERCURY MEDIA | 2800 | 2800-2 | 09/24/06 | 892.50 | - | 892.50 |
| MERCURY MEDIA | 2805 | 2805-1 | 08/27/06 | 1,487.50 | - | 1,487.50 |
| MERCURY MEDIA | 2814 | 2814-1 | 08/27/06 | 850.00 | - | 850.00 |
| MERCURY MEDIA | 2845 | 2845-1 | 08/27/06 | 255.00 | - | 255.00 |
| MERCURY MEDIA | 2845 | 2845-2 | 09/24/06 | 595.00 | - | 595.00 |
| MERCURY MEDIA | 2873 | 2873-1 | 08/27/06 | 340.00 | - | 340.00 |
| MERCURY MEDIA | 2873 | 2873-2 | 09/24/06 | 119.00 | - | 119.00 |
| MERCURY MEDIA | 2926 | 2926-1 | 09/24/06 | 680.00 | - | 680.00 |
| MERCURY MEDIA | 2957 | 2957-1 | 09/24/06 | 850.00 | - | 850.00 |
| MERCURY MEDIA | 2958 | 2958-1 | 09/24/06 | 1,275.00 | - | 1,275.00 |
| MY MEDIA WORKS | 1653 | 1653-2 | 02/26/06 | 5,185.00 | 4,547.50 | 637.50 |
| MY MEDIA WORKS | 2042 | 2042-1 | 03/26/06 | 5,865.00 | - | 5,865.00 |
| NEW DAY MARKETING | 1943 | 1943-2 | 04/30/06 | 680.00 | 170.00 | 510.00 |
| NEW DAY MARKETING | 1964 | 1964-2 | 04/30/06 | 510.00 | - | 510.00 |
| NEW DAY MARKETING | 2043 | 2043-2 | 04/30/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2150 | 2150-1 | 04/30/06 | 765.00 | - | 765.00 |
| NEW DAY MARKETING | 2151 | 2151-1 | 04/30/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2151 | 2151-2 | 05/28/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2151 | 2151-3 | 06/25/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2204 | 2204-1 | 04/30/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2204 | 2204-2 | 05/28/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2209 | 2209-1 | 04/30/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2254 | 2254-1 | 04/30/06 | 1,020.00 | - | 1,020.00 |
| NEW DAY MARKETING | 2254 | 2254-2 | 05/28/06 | 595.00 | - | 595.00 |
| NEW DAY MARKETING | 2337 | 2337-1 | 05/28/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2370 | 2370-1 | 05/28/06 | 1,232.50 | - | 1,232.50 |
| NEW DAY MARKETING | 2371 | 2371-1 | 05/28/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2374 | 2374-1 | 05/28/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2375 | 2375-1 | 05/28/06 | 2,125.00 | - | 2,125.00 |
| NEW DAY MARKETING | 2402 | 2402-1 | 05/28/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2437 | 2437-1 | 05/28/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2464 | 2464-1 | 06/25/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2465 | 2465-1 | 06/25/06 | 1,020.00 | - | 1,020.00 |
| NEW DAY MARKETING | 2465 | 2465-2 | 07/30/06 | 255.00 | - | 255.00 |
| NEW DAY MARKETING | 2465 | 2465-3 | 08/27/06 | 127.50 | - | 127.50 |
| NEW DAY MARKETING | 2466 | 2466-1 | 06/25/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2493 | 2493-1 | 06/25/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2498 | 2498-1 | 06/25/06 | 1,020.00 | - | 1,020.00 |
| NEW DAY MARKETING | 2498 | 2498-2 | 07/30/06 | 255.00 | - | 255.00 |
| NEW DAY MARKETING | 2498 | 2498-3 | 08/27/06 | 1,020.00 | - | 1,020.00 |
| NEW DAY MARKETING | 2509 | 2509-1 | 06/25/06 | 1,445.00 | - | 1,445.00 |
| NEW DAY MARKETING | 2509 | 2509-2 | 07/30/06 | 1,194.25 | - | 1,194.25 |
| NEW DAY MARKETING | 2545 | 2545-1 | 06/25/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2546 | 2546-1 | 06/25/06 | 892.50 | - | 892.50 |
| NEW DAY MARKETING | 2549 | 2549-1 | 06/25/06 | 1,445.00 | - | 1,445.00 |
| NEW DAY MARKETING | 2550 | 2550-1 | 06/25/06 | 1,275.00 | - | 1,275.00 |
| NEW DAY MARKETING | 2550 | 2550-2 | 07/30/06 | 595.00 | - | 595.00 |
| NEW DAY MARKETING | 2554 | 2554-1 | 06/25/06 | 340.00 | - | 340.00 |
| NEW DAY MARKETING | 2554 | 2554-2 | 07/30/06 | 255.00 | - | 255.00 |
| NEW DAY MARKETING | 2590 | 2590-1 | 06/25/06 | 170.00 | - | 170.00 |

MEDIA FUSION/INNOVATION MARKETING HOLLYWOOD, CA
Past Due Invoices as of 02/08/07

| Advertiser | Order # | Invoice # | Invoice Date | Invoice Amount | Total Payments | Total Due |
|---|---|---|---|---|---|---|
| NEW DAY MARKETING | 2591 | 2591-1 | 06/25/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2623 | 2623-1 | 06/25/06 | 1,275.00 | - | 1,275.00 |
| NEW DAY MARKETING | 2623 | 2623-2 | 07/30/06 | 89.25 | - | 89.25 |
| NEW DAY MARKETING | 2681 | 2681-1 | 07/30/06 | 255.00 | - | 255.00 |
| NEW DAY MARKETING | 2684 | 2684-1 | 07/30/06 | 255.00 | - | 255.00 |
| NEW DAY MARKETING | 2703 | 2703-1 | 08/27/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2733 | 2733-1 | 07/30/06 | 1,700.00 | - | 1,700.00 |
| NEW DAY MARKETING | 2735 | 2735-1 | 07/30/06 | 127.50 | - | 127.50 |
| NEW DAY MARKETING | 2743 | 2743-1 | 07/30/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2743 | 2743-2 | 08/27/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2797 | 2797-1 | 08/27/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2798 | 2798-1 | 08/27/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2803 | 2803-1 | 08/27/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2804 | 2804-1 | 08/27/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2869 | 2869-1 | 08/27/06 | 850.00 | - | 850.00 |
| NEW DAY MARKETING | 2920 | 2920-1 | 09/24/06 | 289.00 | 170.00 | 119.00 |
| NEW DAY MARKETING | 2921 | 2921-1 | 09/24/06 | 510.00 | 170.00 | 340.00 |
| NEW DAY MARKETING | 2924 | 2924-1 | 09/24/06 | 1,020.00 | - | 1,020.00 |
| NEW DAY MARKETING | 2930 | 2930-1 | 09/24/06 | 340.00 | 170.00 | 170.00 |
| NEW DAY MARKETING | 2931 | 2931-1 | 09/24/06 | 1,700.00 | 850.00 | 850.00 |
| NEW DAY MARKETING | 2952 | 2952-1 | 09/24/06 | 170.00 | - | 170.00 |
| NEW DAY MARKETING | 2954 | 2954-1 | 09/24/06 | 850.00 | - | 850.00 |
| POWER BELT INC. | 2739 | 2739-1 | 07/30/06 | 850.00 | - | 850.00 |
| TIME LIFE | 1157 | 1157-6 | 02/26/06 | 616.25 | 425.00 | 191.25 |
| TIME LIFE | 1785 | 1785-3 | 04/30/06 | 2,159.00 | 212.50 | 1,946.50 |
| TIME LIFE | 1785 | 1785-4 | 05/28/06 | 1,721.25 | - | 1,721.25 |
| TIME LIFE | 1789 | 1789-1 | 02/26/06 | 2,571.25 | 2,124.98 | 446.27 |
| TIME LIFE | 1789 | 1789-3 | 04/30/06 | 1,785.00 | - | 1,785.00 |
| TIME LIFE | 1789 | 1789-4 | 05/28/06 | 1,338.75 | - | 1,338.75 |
| TIME LIFE | 1812 | 1812-1 | 02/26/06 | 1,360.00 | 1,147.48 | 212.52 |
| TIME LIFE | 1817 | 1817-3 | 04/30/06 | 1,904.00 | 255.00 | 1,649.00 |
| TIME LIFE | 1817 | 1817-4 | 05/28/06 | 1,487.50 | - | 1,487.50 |
| TIME LIFE | 1844 | 1844-1 | 02/26/06 | 382.50 | 191.25 | 191.25 |
| TIME LIFE | 2207 | 2207-1 | 04/30/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2211 | 2211-1 | 04/30/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2284 | 2284-1 | 04/30/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2405 | 2405-1 | 05/28/06 | 612.00 | - | 612.00 |
| TIME LIFE | 2405 | 2405-2 | 06/25/06 | 3,740.00 | - | 3,740.00 |
| TIME LIFE | 2405 | 2405-3 | 07/30/06 | 2,890.00 | - | 2,890.00 |
| TIME LIFE | 2405 | 2405-4 | 08/27/06 | 892.50 | - | 892.50 |
| TIME LIFE | 2405 | 2405-5 | 09/24/06 | 361.25 | - | 361.25 |
| TIME LIFE | 2432 | 2432-1 | 05/28/06 | 743.75 | - | 743.75 |
| TIME LIFE | 2432 | 2432-2 | 06/25/06 | 1,487.50 | - | 1,487.50 |
| TIME LIFE | 2435 | 2435-1 | 05/28/06 | 731.00 | - | 731.00 |
| TIME LIFE | 2435 | 2435-2 | 06/25/06 | 1,487.50 | - | 1,487.50 |
| TIME LIFE | 2439 | 2439-1 | 05/28/06 | 85.00 | - | 85.00 |
| TIME LIFE | 2503 | 2503-1 | 06/25/06 | 467.50 | - | 467.50 |
| TIME LIFE | 2508 | 2508-1 | 06/25/06 | 701.25 | - | 701.25 |
| TIME LIFE | 2629 | 2629-1 | 07/30/06 | 2,252.50 | - | 2,252.50 |
| TIME LIFE | 2629 | 2629-2 | 08/27/06 | 2,125.00 | - | 2,125.00 |
| TIME LIFE | 2629 | 2629-3 | 09/24/06 | 361.25 | - | 361.25 |
| TIME LIFE | 2630 | 2630-1 | 07/30/06 | 1,955.00 | - | 1,955.00 |
| TIME LIFE | 2630 | 2630-2 | 08/27/06 | 467.50 | - | 467.50 |
| TIME LIFE | 2630 | 2630-3 | 09/24/06 | 1,360.00 | - | 1,360.00 |
| TIME LIFE | 2631 | 2631-1 | 07/30/06 | 1,190.00 | - | 1,190.00 |
| TIME LIFE | 2631 | 2631-2 | 08/27/06 | 616.25 | - | 616.25 |
| TIME LIFE | 2634 | 2634-1 | 07/30/06 | 119.00 | - | 119.00 |
| TIME LIFE | 2635 | 2635-1 | 07/30/06 | 2,167.50 | - | 2,167.50 |
| TIME LIFE | 2635 | 2635-2 | 08/27/06 | 1,572.50 | - | 1,572.50 |
| TIME LIFE | 2635 | 2635-3 | 09/24/06 | 658.75 | - | 658.75 |
| TIME LIFE | 2663 | 2663-1 | 07/30/06 | 1,232.50 | - | 1,232.50 |
| TIME LIFE | 2663 | 2663-2 | 08/27/06 | 552.50 | - | 552.50 |
| TIME LIFE | 2663 | 2663-3 | 09/24/06 | 990.25 | - | 990.25 |
| TIME LIFE | 2693 | 2693-1 | 07/30/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2738 | 2738-1 | 07/30/06 | 212.50 | - | 212.50 |
| TIME LIFE | 2740 | 2740-1 | 07/30/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2740 | 2740-2 | 08/27/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2808 | 2808-1 | 08/27/06 | 977.50 | - | 977.50 |
| TIME LIFE | 2808 | 2808-2 | 09/24/06 | 998.75 | - | 998.75 |
| TIME LIFE | 2839 | 2839-1 | 08/27/06 | 255.00 | - | 255.00 |
| TIME LIFE | 2893 | 2893-1 | 08/27/06 | 170.00 | - | 170.00 |
| TIME LIFE | 2897 | 2897-1 | 09/24/06 | 403.75 | - | 403.75 |
| TIME LIFE | 2923 | 2923-1 | 09/24/06 | 170.00 | - | 170.00 |
| TIME LIFE | 2960 | 2960-1 | 09/24/06 | 212.50 | - | 212.50 |
| TOUCH POINT MEDIA | 2132 | 2132-1 | 04/30/06 | 19,125.00 | - | 19,125.00 |
| TOUCH POINT MEDIA | 2132 | 2132-2 | 05/28/06 | 16,490.00 | - | 16,490.00 |
| TOUCH POINT MEDIA | 2132 | 2132-3 | 06/25/06 | 1,190.00 | - | 1,190.00 |
| TOUCH POINT MEDIA | 2424 | 2424-1 | 05/28/06 | 2,125.00 | - | 2,125.00 |
| TOUCH POINT MEDIA | 2673 | 2673-1 | 07/30/06 | 1,275.00 | - | 1,275.00 |
| TOUCH POINT MEDIA | 2674 | 2674-1 | 07/30/06 | 892.50 | - | 892.50 |
| TOUCH POINT MEDIA | 2793 | 2793-1 | 08/27/06 | 637.50 | - | 637.50 |
| TOUCH POINT MEDIA | 2793 | 2793-2 | 09/24/06 | 650.25 | - | 650.25 |
| TOUCH POINT MEDIA | 2794 | 2794-1 | 08/27/06 | 765.00 | - | 765.00 |
| TOUCH POINT MEDIA | 2870 | 2870-1 | 08/27/06 | 382.50 | - | 382.50 |
| TOUCH POINT MEDIA | 2945 | 2945-1 | 09/24/06 | 510.00 | - | 510.00 |
| UNIVERSAL MUSIC MEDIA | 2105 | 2105-1 | 04/30/06 | 510.00 | - | 510.00 |
| UNIVERSAL MUSIC MEDIA | 2456 | 2456-1 | 05/28/06 | 255.00 | - | 255.00 |
| UNIVERSAL MUSIC MEDIA | 2489 | 2489-1 | 06/25/06 | 935.00 | - | 935.00 |
| UNIVERSAL MUSIC MEDIA | 2489 | 2489-2 | 07/30/06 | 267.75 | - | 267.75 |
| UNIVERSAL MUSIC MEDIA | 2491 | 2491-1 | 06/25/06 | 1,700.00 | - | 1,700.00 |
| | | | | 508,108.75 | 39,560.62 | 468,548.13 |