```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YANKEES ENTERTAINMENT AND          :
SPORTS NETWORK, LLC,               :
                                   :
              Plaintiff,           :
                                   :
                                   :   06 Civ. 14321 (LBS)
              - against -          :
                                   :
MEDIA FUSION INC., ROBERT          :
BLAGMAN, AND THOMAS MOFFITT        :
                                   :
              Defendants.          :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-07

## [PROPOSED] DEFAULT JUDGEMENT

This action having been commenced on December 11, 2006 by the filing of the Summons and the Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Thomas Moffitt, on December 19, 2006 by Lisa Rutherford, an employee of Serving by Irving, Inc. (which was retained by counsel to plaintiff) at his home, and a proof of service having been filed on January 17, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against Mr. Moffitt in the liquidated amount of $468,548.13 with prejudgment interest pursuant to CPLR 5004 at 9% per annum (accruing from the date of the first overdue invoice dated February 26, 2006 until February 21, 2007) for a total of $23,257.15, plus

costs and disbursements in this action in the amount of $303.00, amounting in all to

$ 492,108.28.

Dated: New York, New York

_March 5_, 2007

_____
Hon. Leonard B. Sand
United States District Judge

This document was entered on the docket on _____.