USDC NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-08

SAM15.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANKEES ENTERTAINMENT AND SPORTS NETWORK, LLC<br><br>　　　　Plaintiff,<br><br>　　-vs-<br><br>MEDIA FUSION INC. and ROBERT BLAGMAN<br><br>　　　　Defendants. | Case No. 06-CV-14321 (LBS)<br><br>STIPULATION AND ORDER OF DISMISSAL |

　　　　WHEREAS, this action was commenced on December 11, 2006; and

　　　　WEHREAS, Plaintiff Yankees Entertainment and Sports Network, LLC ("Plaintiff") and Defendants Media Fusion Inc. and Robert Blagman (together, the "Dismissed Defendants"), wish to discontinue this action as to each other.

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, by and between Plaintiff and the Dismissed Defendants, through their undersigned counsel of record, that all claims asserted by Plaintiff in the above-captioned action against the Dismissed Defendants are dismissed in their entirety without prejudice in accordance with the July 16, 2008 Settlement Agreement and General Release between Plaintiff and the Dismissed Defendants, each party to bear its own costs and attorneys' fees.

1

Dated:      July 21, 2008

                         BOIES, SCHILLER & FLEXNER, LLP

                         BY: _____
                              Robert M. Cooper
                              5301 Wisconsin Avenue, N.W.
                              Washington, D.C. 20015
                              Phone: (202) 237-2727
                              Fax:   (202) 237-6131
                              rcooper@bsfllp.com

                              Amy L. Neuhardt (AN-4127)
                              575 Lexington Avenue
                              New York, New York 10022
                              Phone: (212) 446-2300
                              Fax:   (212) 446-2350
                              aneuhardt@bsfllp.com

                              *Attorneys for Plaintiff Yankees Entertainment and*
                              *Sports Network, LLP*


                         LAW OFFICES OF ELIOT F. BLOOM, P.C.

                         BY: _____
                              Eliot F. Bloom (EB-9423)
                              114 Old Country Road
                              Suite 308
                              Mineola, New York 11501
                              Phone: (516) 739-5300
                              Fax:   (516) 739-3202
                              efbesq@optonline.net

                              *Attorney for Defendants Media Fusion Inc. and*
                              *Robert Blagman*

SO ORDERED

_____
Leonard B. Sand
United States District Judge

7/24/08

2